# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILDERNESS WATCH,<br><br>      Plaintiff,<br><br>v.<br><br>TOM HALL, Forest Supervisor of the Superior National Forest; and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>      Defendants. | Case No. 23-CV-00284 (NEB/LIB)<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, by and through counsel, makes this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(a). This Motion is based upon the Memorandum of Law filed contemporaneously herewith, and upon all the files, records, and proceedings in this matter.

Dated: September 10, 2024

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN PLLP

s/Rachel A. Kitze Collins
Rachel A. Kitze Collins (#0396555)
Laura M. Matson (#0396598)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
(612) 339-6900
rakitzecollins@locklaw.com
lmmatson@locklaw.com

Dana M. Johnson, *pro hac vice*
WILDERNESS WATCH
P.O. Box 9765
Moscow, ID 83843
(208) 310-7003
danajohnson@wildernesswatch.org

**COUNSEL FOR PLAINTIFF**