UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 23-cv-00284 (NEB/LIB)

WILDERNESS WATCH,

    Plaintiff,

v.

TOM HALL, FOREST SUPERVISOR OF THE SUPERIOR NATIONAL FOREST, AND UNITED STATES FOREST SERVICE, AN AGENCY OF THE U.S. DEPARTMENT OF AGRICULTURE,

    Defendants.

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c), Defendants move the Court for an order granting summary judgment on all of Plaintiff's claims. This motion is based on the Complaint, accompanying brief, and the entire record of proceedings herein.

Respectfully submitted,

Dated: October 22, 2024

ANDREW M. LUGER
United States Attorney

*s/ David W. Fuller*
By: DAVID W. FULLER
Assistant U.S. Attorney
Attorney ID Number 390922
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: David.Fuller@usdoj.gov

Attorneys for Defendants