# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILDERNESS WATCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOM HALL, Forest Supervisor of the Superior National Forest; and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>　　　　Defendants. | Case No. 23-CV-00284 (NEB/LIB)<br><br>**LOCAL RULE 7.1(f)**<br>**CERTIFICATE OF COMPLIANCE** |

I certify that the PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF No. 77] and RESPONSE IN OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT [ECF No. 83] complies with Local Rule 7.1(f) and the Pretrial Scheduling Order [ECF No. 63]. I further certify that, in preparation of this document, I used Microsoft Word Office 365 and that this word processing program was applied specifically to include all text, including headings, footnotes, and quotations in the word count. I further certify that this document contains **8,932** words. The cumulative total for Plaintiff's briefing is **23,780** words.

2

| | |
|---|---|
| Dated: November 19, 2024 | Respectfully submitted,<br><br>LOCKRIDGE GRINDAL NAUEN PLLP<br><br>s/Rachel A. Kitze Collins<br>Rachel A. Kitze Collins (#0396555)<br>Laura M. Matson (#0396598)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401-2179<br>(612) 339-6900<br>rakitzecollins@locklaw.com<br>lmmatson@locklaw.com<br><br>**COUNSEL FOR PLAINTIFF** |