

U.S. Department of Justice

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

November 27, 2024

<u>Via ECF</u>

The Honorable Leo I. Brisbois
United States District Court
515 West 1st Street Room 412
Duluth, MN 55802-1397

    Re: *Wilderness Watch v. Hall, et al.,* No. 23-cv-284 (NEB/LIB)

Dear Magistrate Judge Brisbois:

    Defendants file this letter on behalf of all parties with permission from chambers.

    This letter is to inform Your Honor that the parties have met and conferred, and agree this administrative-law matter is not reasonably capable of resolution. We would be glad to explain on a status call the ways in which we have thoroughly explored and considered settlement options with our respective clients and through substantive communications, in light of the extensive history of this case and its predecessor filed in 2015.

    Given the above, the parties jointly request that the settlement conference set for December 17, 2024 be taken off the calendar.

                                                        Sincerely,

                                                       ANDREW M. LUGER
                                                       United States Attorney

                                                       s/ *David W. Fuller*
                                                       By: David W. Fuller
                                                       Assistant U.S. Attorney

                                                       Counsel for Defendants