UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 23-cv-00284 (NEB/LIB)

WILDERNESS WATCH,

      Plaintiff,

v.

TOM HALL, FOREST SUPERVISOR OF THE SUPERIOR NATIONAL FOREST, AND UNITED STATES FOREST SERVICE, AN AGENCY OF THE U.S. DEPARTMENT OF AGRICULTURE,

      Defendants.

## CERTIFICATE OF COMPLAINCE

The undersigned attorney certifies this response complies with the type-volume limitation of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h). The memorandum and this reply memorandum (addressing two separate motions) have a combined 22,705 words of type, font size 13. The memorandum was prepared using Microsoft Word 365, which includes all text, including headings, footnotes and quotations in the word count.

Dated: December 17, 2024

      ANDREW M. LUGER
      United States Attorney

      *s/ David W. Fuller*
      BY: David W. Fuller (#390922)
      Assistant U.S. Attorney
      300 South Fourth Street, #600
      Minneapolis, MN 55415
      Telephone: 612-664-5600
      Email: David.Fuller@usdoj.gov

      Attorneys for Defendants