**UNITED STATES DISTRICT COURT**

District of Minnesota

Wilderness Watch

           Plaintiff,

v.

Tom Hall, United States Forest Service

           Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 23-cv-00284-NEB-LIB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1. Wilderness Watch's motion for judicial notice (ECF No. 104) is GRANTED;

    2. Wilderness Watch's motion for summary judgment (ECF No. 77) is DENIED;

    and

    3. The Forest Service's motion for summary judgment (ECF No. 83) is GRANTED.

Date: 9/29/2025                                      KATE M. FOGARTY, CLERK