## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| WILDERNESS WATCH, | Civil No. 23-cv-00284 (NEB/LIB) |
| Plaintiff, | |
| v. | |
| TOM HALL, Forest Supervisor of the Superior National Forest; and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | |
| Defendants. | |

---

### <u>NOTICE OF APPEAL</u>

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiff Wilderness Watch in the above-named case appeals to the United States Court of Appeals for the Eighth Circuit.

The above-named party appeals from the judgment of the U.S. District Court for the District of Minnesota that was entered on September 29, 2025 that: granted Defendants' motion for summary judgment and denied Plaintiff's motion for summary judgment. Plaintiff requests the Court reverse the District Court's Order and Judgment and enter judgment in Plaintiff's favor.

Dated: November 25, 2025

LOCKRIDGE GRINDAL NAUEN PLLP

s/Rachel A. Kitze Collins
Rachel A. Kitze Collins (MN #0396555)
Laura M. Matson (MN #0396598)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rakitzecollins@locklaw.com
lmmatson@locklaw.com

Dana M. Johnson, pro hac vice
WILDERNESS WATCH
P.O. Box 9765
Moscow, ID 83843
(208) 310-7003
danajohnson@wildernesswatch.org

**ATTORNEYS FOR**
**PLAINTIFF/APPELLANT**