

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

## TRANSMITTAL OF APPEAL

Date:   November 26, 2025

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:   MKB U.S. District Court-Minnesota

In Re:   District Court Case No. 23-cv-00284-NEB-LIB
  Eighth Circuit Case No.:  Not yet assigned
  Case Title:  Wilderness Watch v. Hall et al

The statutory filing fee has:
  ☒ been paid, receipt number: AMNDC-12413309
  ☐ not been paid as of
   IFP   ☐ is   ☐ is not pending
  ☐ been waived because:
   ☐ Application for IFP granted   ☐ USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?   ☒ Yes   ☐ No
  If yes, please identify the court reporter: Renee Rogge 612-664-5107