# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 02, 2025

Rachel A. Kittze Collins
LOCKRIDGE & GRINDAL
Suite 2200
100 Washington Avenue S.
Minneapolis, MN  55401

    RE:  25-3367  Wilderness Watch v. Tom Hall, Forest Supervisor, et al

Dear Counsel:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

      Susan E. Bindler
      Clerk of Court

MMH

Enclosure(s)

cc:    Daniel M. Brister
       Trevor C. Brown
       David W. Fuller
       Dana M. Johnson
       Laura Matson
       Renee Rogge
       Clerk, U.S. District Court, District of Minnesota

      District Court/Agency Case Number(s):   0:23-cv-00284-NEB

**Caption For Case Number:   25-3367**

Wilderness Watch

       Plaintiff - Appellant

v.

Tom Hall, Forest Supervisor of the Superior National Forest; United States Forest Service, an agency of the U.S. Department of Agriculture

       Defendants - Appellees

**Addresses For Case Participants:   25-3367**

Rachel A. Kittze Collins
LOCKRIDGE & GRINDAL
Suite 2200
100 Washington Avenue S.
Minneapolis, MN  55401

Daniel M. Brister
WILDERNESS WATCH
P.O. Box 9175
Missoula, MT  59807

Trevor C. Brown
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

David W. Fuller
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

Dana M. Johnson
WILDERNESS WATCH
P.O. Box 9623
Moscow, ID  83843

Laura Matson
LOCKRIDGE & GRINDAL
Suite 2200
100 Washington Avenue S.
Minneapolis, MN  55401

Renee Rogge
UNITED STATES COURTHOUSE
Room 1005
300 S. Fourth Street
Minneapolis, MN  55415